**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

DONALD RAY WHITE, JR.,      )
                                   )
        Plaintiff,     )
                                   )
v.                          )        CV421-241
                                   )
U.S. MARSHALS and        )
LASALLE CORRECTIONS IRWIN  )
COUNTY DETENTION CENTER,  )
                                 )
        Defendants.    )

## ORDER

Donald Ray White, Jr. is a prisoner at the Irwin County Detention Center. He has submitted this 42 U.S.C. § 1983 Complaint alleging denial of adequate medical care while incarcerated at the Irwin County Detention Center in Ocilla, Georgia and the Dekalb County Detention Center in Fort Payne, Alabama. Doc. 1. Plaintiff, however, has sent his Complaint to the Southern District of Georgia, which has no apparent link to his claim.

Ocilla, Georgia is located in Irwin County, which lies in the Middle District of Georgia. 28 U.S.C. § 90(b)(1). Fort Payne, Alabama is located in DeKalb county, in the Northern District of Alabama. 28 U.S.C. § 81(a). Plaintiff has named as defendants the Irwin County Detention Center and

the Chattanooga, Tennessee office of the United States Marshals.[1]  Doc. 1

at 4.  As no named defendant resides in this district and the asserted claim

arises from events that occurred in another district, the proper forum for

this case is the United States District Court for the Middle District of

Georgia.  28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may

dismiss or transfer cases suffering venue defects); *see*  28 U.S.C. § 90(b)(1).

The Clerk is **DIRECTED** to transfer this case to the Middle District of

Georgia for all further proceedings.

   **SO ORDERED,** this 24th day of August, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] It is not clear from the Complaint why the Tennessee office is named.