IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DONALD RAY WHITE, JR.,      :
           :
     **Plaintiff,**       :
           :
     V.       :
           :    NO. 7:21-cv-00114-HL-TQL
U.S. MARSHALS, *et al.*,      :
           :
     **Defendants.**     :
           :

## ORDER

Plaintiff Donald Ray White, Jr., a prisoner in the Irwin County Detention Center in Ocilla, Georgia, filed a *pro se* civil rights complaint pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).   Compl., ECF No. 1. On preliminary review of the complaint, Plaintiff was ordered to file a recast complaint if he wanted to proceed with this action.   Order to Recast, ECF No. 8.

Plaintiff has now filed a motion requesting a sixty-to-ninety-day extension of time to file his recast complaint.   Mot. for Ext. of Time, ECF No. 9.   In the motion, Plaintiff asserts that he has never practiced law and that he needs time to gather documents and dates in order to fill out the form correctly.   *Id.*   Plaintiff also asserts that he is not familiar with a *Bivens* cause of action and is attempting to research *Bivens* claims.   *Id.*

As noted in the previous order, Plaintiff's complaint raises a potential claim for deliberate indifference to a serious medical need.   The elements necessary to set forth a *Bivens* claim for deliberate indifference are generally equivalent to those necessary for bringing such a claim under § 1983, but a *Bivens* claim is brought against federal, rather

than state, actors.    Regardless, Plaintiff need not cite legal authority or attach any documents to support his claims at this stage of the proceeding.    Instead, Plaintiff should do his best to answer the questions on the *Bivens* form and to set forth a full statement of his factual allegations.    Of particular importance is that Plaintiff identify the individual defendants involved in his alleged constitutional violation and explain what each defendant did or did not do to violate Plaintiff's rights.

Thus, Plaintiff has not demonstrated that he needs sixty to ninety days to file his recast complaint.    Nevertheless, Plaintiff's motion shows that he may need additional time to collect dates and names of those involved.    To that end, Plaintiff's motion is **GRANTED IN PART**.    Plaintiff shall have **THIRTY (30) DAYS** from the date of this order to file his recast complaint.    There shall be no service in this case pending further order of the Court.

**SO ORDERED**, this 22nd day of November, 2021.

s/ *Thomas Q. Langstaff*
United States Magistrate Judge

2