# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

**DONALD RAY WHITE, JR.**,

     Plaintiff,

v.                                                                 Civil Action No. 7:21-CV-114 (HL)

**Warden DAVID PAULK**,

     Defendants.

## ORDER

Before the Court is the Recommendation of United States Magistrate Judge Thomas Q. Langstaff. (Doc. 13). After conducting a preliminary review of Plaintiff's recast complaint (Doc. 11) pursuant to 28 U.S.C. § 1915A(a) and §1915(e), the Magistrate Judge recommends allowing Plaintiff's deliberate indifference to a serious medical need claims against Defendants Warden David Paulk, Nurse Practitioner Taylor, Captain Richardson, Dr. Howard McMahon, and Ms. Brown to proceed. The Magistrate Judge recommends dismissing Plaintiff's claims against Defendants David G. Jolley and an unknown agent without prejudice.

Plaintiff filed no objections to the Recommendation. The Recommendation accordingly is accepted and adopted and made the order of the Court. Plaintiff's deliberate indifference to a serious medical need claims shall proceed for further

factual development. Plaintiff's claims against Defendants David G. Jolley and an unknown agent are **DISMISSED without prejudice**.

**SO ORDERED**, this 16th day of March, 2022.

_s/ Hugh Lawson_____
**HUGH LAWSON, SENIOR JUDGE**