**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**DONALD RAY WHITE, JR.**,

      Plaintiff,

v.

**Warden DAVID PAULK**,

      Defendants.

Civil Action No. 7:21-CV-114 (HL)

**ORDER**

Before the Court is the Recommendation of United States Magistrate Judge Thomas Q. Langstaff. (Doc. 36). The Magistrate Judge recommends granting Defendants' Motion to Dismiss (Doc. 22), construed as a motion for summary judgment, and entering judgment in favor of Defendants.

Plaintiff filed no objections to the Recommendation. The Recommendation accordingly is accepted and adopted and made the order of the Court. The Court **GRANTS** Defendants' Motion to Dismiss (Doc. 22), construed as a motion for summary judgment. Judgment shall be entered in favor of Defendants.

**SO ORDERED**, this 27th day of March, 2023.

                              *s/ Hugh Lawson*_____
                              **HUGH LAWSON, SENIOR JUDGE**