IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DONALD RAY WHITE, JR.,                    *

                    Plaintiff,            *

v.                                                Case No.  7:21-CV-114(HL)

                                          *

Warden DAVID PAULK, et al.

                                          *

                    Defendants.

_____          *

## J U D G M E N T

Pursuant to this Court's Order dated March 27, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants.

This 27th day of March, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk